U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 1 0 2009

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLARENCE RUDY BROWN** | : | **DOCKET NO. 2:08-cv-1407 SEC. P** |
| VS. | : | JUDGE MINALDI |
| JOSEPH P. YOUNG, WARDEN, ET AL. | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that plaintiff's application for Writ of *Habeas Corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 8 day of March, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE